**MEMO ENDORSED**

See last page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURU (SINGAPORE) PTE., LTD., ZURU LLC, ZURU INC., *Plaintiffs*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | CASE NO. 21-cv-05908-ER<br><br>**Judge:** Edgardo Ramos<br><br>**Magistrate Judge:** Kevin Nathaniel Fox |

## MOTION TO WITHDRAW
## DEFENDANTS ' MOTION TO VACATE PRELIMINARY INJUNCTION

On December 30, 2021, Defendants Eeiaieng, Mings WQ and Yzuong (collectively "Defendants") filed a Motion to Vacate Preliminary Injunction (Dkt. No. 104 ). Defendants are pleased to notify the Court that the parties have resolve the issues in this matter. Defendants now file this motion to inform the Court that they are withdrawing their previously filed Motion to Vacate the Preliminary Injunction.

Defendants thank the Court for its time and attention to this matter.

Date: August 22, 2022

/s/ *Ruoting Men*
Ruoting Men, Esq.
Tao Liu, Esq.
GLACIER LAW PLLC
200 Park Avenue, Ste. 1703
New York, NY 10166
***Attorneys for Defendants***

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 22, 2022, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: August 22, 2022                     /s/ *Ruoting Men*
                                          Ruoting Men, Esq.

---

The motion to withdraw is granted. The Clerk of Court is respectfully directed to terminate the motion to dissolve the preliminary injunction, Doc. 104. SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: August 24, 2022
New York, New York